**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02573-CMA-CBS

MARK LARAWAY,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 21).  The Court having reviewed the Stipulation of Dismissal and being fullly advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  February __02__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge